UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | EDCV 22-546 JGB (SPx) | Date | March 16, 2023 |
|---|---|---|---|
| Title | *Toinesha Swim v. IC Systems, Inc.* | | |

Present: The Honorable   JESUS G. BERNAL, UNITED STATES DISTRICT JUDGE

| MAYNOR GALVEZ | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:**   Order to Show Cause (IN CHAMBERS)

On February 15, 2023, the Court granted Bobby C. Walker's ("Walker") motion to withdraw as counsel for Plaintiff Toinesha L. Swim ("Plaintiff"). ("Order," Dkt. No. 33.) In that Order, the Court directed Mr. Walker to serve Plaintiff with a copy of the Order and to file a proof of service and/or a declaration to confirm the same no later than Friday, March 3, 2023. (See Order.) As of the date of this order to show cause, Mr. Walker has not filed a proof of service and/or a declaration. Therefore, the Court orders Mr. Walker to show cause in writing as to whether he should not be sanctioned for failing to comply with the Court's Order. Failure to timely or adequately respond to this OSC may result in sanctions.

Accordingly, the Court **ORDERS** as follows: Mr. Walker shall file a response to this OSC no later than **Friday, March 17, 2023**.

**IT IS SO ORDERED.**

cc: bwalker@sulaimanlaw.com